**1050-14**

# ELECTRONIC RECORD

| | | |
|---|---|---|
| CCA # | 09-13-00180-CR | OFFENSE: Aggravated Assault |

| | | |
|---|---|---|
| STYLE: | Peter James Martin<br>v. The State of Texas | PUNISHMENT: life |

COUNTY: Montgomery

| | | | |
|---|---|---|---|
| TRIAL COURT: | 221st District Court | | Appellant's Pro Se    MOTION |
| TRIAL COURT #: | 12-03-02604 CR - Count 1 | | FOR REHEARING IS:    OVERRULED |
| TRIAL COURT JUDGE: | Judge Lisa Benge Michalk | | DATE:    07-24-14; en banc 09-04-14 |
| DISPOSITION: | AFFIRMED | | JUDGE:    PER CURIAM |

DATE:    05-21-14

JUSTICE:    Hollis Horton          PC    NO    S    YES

PUBLISH:    NO                DNP:    YES

| | | | |
|---|---|---|---|
| CLK RECORD: | 05-30-13 | SUPP CLK RECORD: | |
| RPT RECORD: | 08-30-13 | SUPP RPT RECORD: | |
| STATE BR: | 02-10-14 | SUPP BR: | |
| APP BR: | 12-10-13 | PRO SE BR: | |

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**          CCA # __**1050-14**__

------------------

__PRO SE__ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

__REFUSED,__

DATE: __02/04/2015__

JUDGE: __Per Curiam__

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

------------------

__PRO SE__ MOTION FOR REHEARING IN

CCA IS: __denied__ ON __April 1, 2015__

JUDGE: __PC__

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS   FILE COPY

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

4/1/2015

MARTIN, PETER JAMES    Tr. Ct. No. 12-03-02604-CR    COA No. 09-13-00180-CR    PD-1050-14

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

9TH COURT OF APPEALS  CLERK
CAROL ANNE HARLEY
1001 PEARL SUITE 330
BEAUMONT, TX  77701
* DELIVERED VIA E-MAIL *